IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LOGGED ✓ RECEIVED

Yahyi Abdul Shiheed #2392525
D.O.B 3-13-85
NBCI 14100 McMullen Hwy,
SCU Cumberland, Md 21502

FEB 2 2 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

C/O's B. Obel, D. Rounds, T. Marchinke,
J. Harding, Broadwater
NBCI 1400 McMullen Hwy,
SCU Cumberland, Md 21502

Case No.: GLR-19-579
*(Leave blank. To be filled in by Court.)*

*(Full name and address of respondent)*
**Defendant(s).**

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐    NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

      2. Court (if a federal court name the district; if a state court name the city or county):

         _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   — See Attached —

   YES ☑   NO ☐

   1. If you answered YES:

      a. What was the result? Send to Commissioner for processing due to Institution was trashing my Mail - received my copy and NBCI Case No.

      b. Did you appeal? _____

      YES ☐   NO ☑

   2. If you answered NO to either of the questions above, explain why: IID is investigating this and no further process is required under IID Case No. 19-35-0048

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   _____
   _____
   _____
   _____
   _____
   _____

— see Attached —

IV. Relief
   (State briefly what you want the Court to do for you.)

appoint plaintiff Counsel, Award Money Damages stated in claim for Defendants violations and D.O.C violations. See that all Defendants are processed for Future Trial Date. Plaintiff relief is Rewarded $10,000.00 From each Defendant & $35,000.00 For 8th Amendment violations. Request A Motion For Camera Footage To be viewed by the Court... IMMEDIATELY

SIGNED THIS 14th day of February, 2019.

_____ 2392525
Signature of Plaintiff

Yahy Abdul Shaheed 2392525
Printed Name

NBCI 14100 McMullen Hwy,
SW Cumberland, MD 21502
Address

(301) 729-7400
Telephone Number

_____
Email Address

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Yahyi Abdul Shiheed #392525
D.O.B 3-13-85
NBCI 14100 McMullen Hwy,
SW Cumberland, Md 21502

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

*Correctional officers*
B. Opel, D. Rounds, T. Hardwicke,
J. Harding, Broadwater.
NBCI 14100 McMullen Hwy,
SW Cumberland Md 21502

*(Full name and address of defendant)*
**Defendant(s).**

Case No.: GLR-19-579
*(Leave blank. To be filled in by Court.)*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14th, 2019, a copy of This 1983 Complaint form with Statement and medical record was mailed via first class mail, postage prepaid, to Clerk, United States District Court, 101 W. Lombard St. Baltimore, Md 21201-2691

_____ 2392525
Signature of Plaintiff

Yahyi A. Shiheed #2392525
Printed Name

NBCI 14100 McMullen Hwy,
SW Cumberland Md 21502
Address

(301) 729-7400
Telephone Number

Email Address

Instructions&Form1983 (06/2016)