IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YAHYI ABDUL SHIHEED, #455-399 | * | |
| Plaintiff, | * | |
| v. | * | Civil No. GLR-19-579 |
| B. OPEL, *et al.* | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendants, Correctional Officers Justin Broadwater, Brandon Opel, Jenifer Harding, Dean Rounds, Sr. and Timothy Marchinke, by their attorneys, Brian E. Frosh, Attorney General of Maryland and Stephanie Lane-Weber, Assistant Attorney General, move, pursuant to Fed. R. Civ. P. 12(b)(1), and (6), to dismiss the complaint filed herein or, in the alternative, move, pursuant to Fed. R. Civ. P. 56 for summary judgment. The grounds for this motion are as follows:

1. Plaintiff has failed to state a claim upon which relief can be granted;

2. There is no genuine dispute as to any material fact and Defendants are entitled to judgment in their favor as a matter of law;

3. This action is barred by qualified immunity.

**WHEREFORE**, the Defendants pray that this Court dismiss the complaint against them or, in the alternative, award them summary judgment in this case. In support of this Motion, Defendants submit the accompanying Memorandum of Law and Exhibits.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

                                                            /s/
                                    STEPHANIE LANE-WEBER
                                    Assistant Attorney General
                                    Federal Bar No. 00023

                                    St. Paul Plaza - 19th Floor
                                    200 St. Paul Place
                                    Baltimore, Maryland 21202
                                    (410) 576-6430 (Telephone)
                                    (410) 576-6880 (Telefax)
                                    E-mail: slaneweber@oag.state.md.us

                                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of June, 2019, a copy of the foregoing Motion to Dismiss and Memorandum in support thereof, was mailed, postage prepaid to:

Yahyi Abdul Shiheed, #455-399
North Branch Correctional Institution
14100 McMullen Highway, S.W.
Cumberland, Maryland 21502

                                                           /s/
                                    STEPHANIE LANE-WEBER
                                    Assistant Attorney General