IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YAHYI ABDUL SHIHEED, #455-399 *

Plaintiff, *

v. * Civil No. GLR-19-579

B. OPEL, *et al.* *

Defendant. *

* * * * * * * * * * * * *

**DECLARATION**

I, John White, being competent to testify, hereby declare on my personal knowledge as follows:

1. I am employed by the Department of Public Safety and Correctional Services (DPSCS) as a Correctional Case Manager II at North Branch Correctional Institution, in Cumberland, Maryland.
2. I am familiar with the allegations in Plaintiff's lawsuit.
3. Cell C-55 is located to the left of the pipe chase access panel. Cell C-56 is located to the right of the pipe chase access panel.
4. The attached photographs were taken of the pipe chase access area as well as cell C-55 to indicate where the holes in the cell sink, referenced in the complaint as well as the IID report, are located. The sink in the C-55 cell photograph is the stainless steel paneled appliance in the right side of the cell. There are three machine-drilled holes in the metal panel which correlate to the three holes that can be seen in the pipe chase photograph. Metal towel hooks had been previously bolted to inmate sinks in that tier but were later removed from the cells when inmates were discovered removing the towel hooks to make homemade weapons. The drill holes remain in some of the cell sinks such as in C-55. The location of the pipe chase holes in the up-close photograph view can be put in context with the overall pipe chase area when both photographs are viewed relative to the red wiring seen in both pipe chase photos.
5. I have been requested by the Attorney General's Office to verify if any of the inmates

confined in the cells adjacent to Plaintiff's cell, C-55, filed any ARP complaints regarding pepper spray exposure on January 19, 2019. A review of the available records indicates that none of the inmates housed in cells C-53, C-54, C-56 or C-57 on the day in question filed any related ARP complaints. Inmate Walter Hall was housed in cell C-26 on January 19, 2019, which is located on the floor below Plaintiff's cell, three cells down from his cell location.

6. If an inmate has been exposed to pepper spray, in accordance with institutional procedures, he is then escorted to the medical unit to be assessed for exposure to pepper spray. The inmate is then offered to take a decontamination shower. If he elects to take a decontamination shower he is taken to the housing unit strip cage where his clothes are then confiscated. The inmate's clothes, which may have orange pepper spray stains on them, are then collected by inmate trustee staff to be laundered. While no inmate would be permitted to keep clothing items that had just been pepper sprayed, it is possible that an inmate could be re-issued laundered clothing items that still had orange pepper spray stains on them from a previous incident.

7. The attached records are true and accurate copies of original records, which were made at or near the time of the recorded event, by an individual with personal knowledge of the recorded event, and were kept, made and maintained by the DPSCS in the regular course of business.

I have read the above statements and hereby declare under the penalty of perjury that they are true and correct.

DATED: 6/13/19

John White
Correctional Case Management Spec. II
North Branch Correctional Institution


Case 1:19-cv-00579-GLR Document 10-4 Filed 06/24/19 Page 3 of 6

EXHIBIT 2


EXHIBIT 2

004



EXHIBIT 2



EXHIBIT 2