

## CERTIFICATION OF RECORDS

I, __Timothy R. Faloon__, hereby certify that:
(Medical Records Supervisor/Clerk Name)

(1) I am the Custodian of Records of, or am otherwise qualified to administer the records for:

Facility Name: __Western Correctional Institution__

Facility Address: __13800 McMullen Hwy.__
__Cumberland, MD 21502__

Department Phone#: __(301) 729-7115__

(2) The attached health records for inmate

__Shiheed, Yahyi__       __455-399__
Inmate's Last, First Name       SID/DOC/FEDERAL #

  (a) Is a true and correct copy of documents that were made at or near the time of the occurrence of these matters set forth, by or from the information transmitted by, a person with knowledge of these matters; and

  (b) Were kept in the course of the regularly conducted business activity and maintained in the normal course of business; and

  (c) "We utilize an Electronic Health Record for care of our patients. Not all documents print. If you are missing anything that pertains to the care of this patient, please contact Medical Records directly at the number listed above."

I declare under penalty of perjury that the foregoing is true and correct.

__J. R. Faloon__       __06·21·09__
Signature       Date

EXHIBIT 3       001

# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES
## SICK CALL REQUEST/ENCOUNTER FORM

DIRECTIONS:
Section I to be completed by Inmate/Detainee.
Section II to be completed by Healthcare Staff.
Inmate must state specific reason for requesting Medical/Dental/Mental Health services.

MEDICAL TRIAGE  •E•  •U•  •R•
SIGNATURE: [signature]   0100
DATE/TIME: RECEIVED JAN 2 8 2019

VERIFICATION SIGNATURE (DATE REC'D)

RECEIVED JAN 28 2019

### SECTION 1: TO BE COMPLETED BY INMATE/DETAINEE

Name: Yahyi Shiheed    DOC/SID#: 455399 #285655    Cell#: 1C55    Facility: NBCI
Allergies: No known    Date: 1/27/19

### SICK CALL RELATED ISSUES

State your problem. / How can we help you? (Please be specific):   [ ] Medication not Received

A. Where does it hurt?
B. When did it start
C. Has it happened before?_____ How often?_____

### NON – SICK CALL RELATED ISSUES

[ ] Medical Records Request
[ ] Medication Refill
[ ] Eye Glass Repair Request
[ ] Work Clearance Request
[ ] Dental Exam/Filling/Denture Request

[✓] Other (Specify below)

I need these 2 blister packs ASAP!
Thanks!

PLACE MED REFILL STICKER HERE
RX 22491425-1   455399
SHIHEED, YAHYI   108   QTY 30
PAIN RELIEVER PLUS (GENACED) 250/250/65MG

RX 21879443-2   455399
SHIHEED, YAHYI   108   QTY 60
ACETAMINOPHEN (TYLENOL) 325MG TAB

PLACE MED REFILL STICKER HERE
PLACE MED REFILL STICKER HERE
PLACE MED REFILL STICKER HERE
PLACE MED REFILL STICKER HERE
PLACE MED REFILL STICKER HERE

### SECTION II: TO BE COMPLETED BY HEALTHCARE PERSONNEL

Healthcare Encounter Documented in EPHR
Comments:
_____
_____

PROVIDER: [signature]
ENTERED JAN 28 2019
DATE / TIME   •E•  •U•  •R•

SICK CALL REQUEST / ENCOUNTER FORM FORWARDED TO:
[ ] DENTAL
[ ] MENTAL HEALTH
[ ] MEDICAL RECORDS
[ ] OTHER (Specify):_____

DATE / TIME SENT _____
DATE / TIME RECEIVED _____
SIGNATURE _____
SIGNATURE _____

RESPONSE TO INMATE/DETAINEE:
DPSCS Form OTS 130-114-1

EXHIBIT 3    002

# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES
## SICK CALL REQUEST/ENCOUNTER FORM

**DIRECTIONS:**
Section I to be completed by Inmate/Detainee.
Section II to be completed by Healthcare Staff.

Inmate must state specific reason for requesting Medical/Dental/Mental Health services.

MEDICAL TRIAGE
SIGNATURE: [signature]
DATE/TIME: 1/23/19

VERIFICATION SIGNATURE (DATE REC'D): ____

### SECTION 1: TO BE COMPLETED BY INMATE/DETAINEE

Name: Uchi Shiheid   DOC/SID#: 455319/234525   Cell#: 1-C-55   Facility: WCI
Allergies: N/A   Date: 1/22/19

#### SICK CALL RELATED ISSUES

State your problem. / How can we help you? (Please be specific): [ ] Medication not Received

I'm in pain and I need to see the provider. I'm trying to get my tegretol's back. The Advil are not working and they put me to sleep. I've put in multiple sick calls and no doctor or provider has seen me yet.

A. Where does it hurt? Hand, body area's
B. When did it start? Since my meds ran out.
C. Has it happened before? Yes   How often? Daily

#### NON – SICK CALL RELATED ISSUES

[ ] Medical Records Request     [X] Other (Specify below)
[ ] Medication Refill
[ ] Eye Glass Repair Request      I need to see the provider or doctor about
[ ] Work Clearance Request        recieving my tegretol medications again (Thanks!)
[ ] Dental Exam/Filling/Denture Request
? EKG perhaps

Elavil + Tegretol wants renewed
Pain in hand
provider ???

Elavil exp 1/
Tegretol 5/7/18

### SECTION II: TO BE COMPLETED BY HEALTHCARE PERSONNEL

Healthcare Encounter Documented in EPHR
Comments: 132/70  77  98.6

PROVIDER: [signature]
DATE/TIME: 1/25/19

SICK CALL REQUEST / ENCOUNTER FORM FORWARDED TO:
[ ] DENTAL
[ ] MENTAL HEALTH     DATE / TIME SENT ____   DATE / TIME RECEIVED ____
[ ] MEDICAL RECORDS
[ ] OTHER (Specify): ____
                      SIGNATURE              SIGNATURE
RESPONSE TO INMATE/DETAINEE:

DPSCS Form OTS 130-114-1

EXHIBIT 3                                     003

# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES
## SICK CALL REQUEST/ENCOUNTER FORM

**MEDICAL TRIAGE** ·E· ·U· (R)

SIGNATURE: _Jarry_  DATE/TIME: 1·17·19

VERIFICATION SIGNATURE (DATE REC'D): _____

**DIRECTIONS:**
Section I to be completed by Inmate/Detainee.
Section II to be completed by Healthcare Staff.

Inmate must state specific reason for requesting Medical/Dental/Mental Health services.

### SECTION 1: TO BE COMPLETED BY INMATE/DETAINEE

Name: Yahyi Shiheed   DOC/SID#: 455399 / 2392525   Cell#: 1-C55   Facility: NBCI
Allergies: None   Date: 1/16/19

#### SICK CALL RELATED ISSUES

State your problem. / How can we help you? (Please be specific): [ ] Medication not Received

_____

A. Where does it hurt? _____
B. When did it start _____
C. Has it happened before? _____ How often? _____

#### NON – SICK CALL RELATED ISSUES

[ ] Medical Records Request
[✓] Medication Refill
[ ] Eye Glass Repair Request
[ ] Work Clearance Request
[ ] Dental Exam/Filling/Denture Request

[✓] Other (Specify below)

Need these refill Mister Jack's cream (Hanes)

| PLACE MED REFILL STICKER HERE | RX 22491425-0  455399<br>SHIHEED, YAHYI  108  QTY 30<br>PAIN RELIEVER PLUS (GENACED) 250/250/65MG | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE |
| RX 22492392-0  455399<br>SHIHEED, YAHYI  108  QTY 28<br>HYDROCORTISONE 1% 28GM CREAM | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE |

### SECTION II: TO BE COMPLETED BY HEALTHCARE PERSONNEL

Healthcare Encounter Documented in EPHR
Comments:
_____

PROVIDER: _____
DATE / TIME: _____

SICK CALL REQUEST / ENCOUNTER   ·E· ·U· ·R·
FORM FORWARDED TO:
[ ] DENTAL
[ ] MENTAL HEALTH
[ ] MEDICAL RECORDS
[ ] OTHER (Specify): _____

DATE / TIME SENT: _____   DATE / TIME RECEIVED: _____
SIGNATURE: _____   SIGNATURE: _____

RESPONSE TO INMATE/DETAINEE:
DPSCS Form OTS 130-114-1

EXHIBIT 3   004

DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES
SICK CALL REQUEST/ENCOUNTER FORM

Emergency

| MEDICAL TRIAGE | ·E· ·U· (·R·) RN |
|---|---|
| SIGNATURE: PomRN | DATE/TIME: 1/9/19 |
| VERIFICATION SIGNATURE (DATE REC'D) | |

DIRECTIONS:
Section I to be completed by Inmate/Detainee.
Section II to be completed by Healthcare Staff.

Inmate must state specific reason for requesting Medical/Dental/Mental Health services.

### SECTION 1: TO BE COMPLETED BY INMATE/DETAINEE

Name: [illegible] Shields  DOC/SID#: 455399  Cell#: 1-C-55  Facility: NBCI
Allergies: N/A    455399    Date: 1/8/19

#### SICK CALL RELATED ISSUES

State your problem. / How can we help you? (Please be specific):   [] Medication not Received

I'm having severe headaches and sharp pains in my head. I feel dizzy and light headed daily. Coffee Advil Tylenol don't help. See me and provide me with excedrin meds.

A. Where does it hurt? Head area
B. When did it start? Approx 2 weeks ago
C. Has it happened before? Yes   How often? Each day

#### NON – SICK CALL RELATED ISSUES

[] Medical Records Request       [] Other (Specify below)
[] Medication Refill
[] Eye Glass Repair Request
[] Work Clearance Request
[] Dental Exam/Filling/Denture Request

| PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE |
|---|---|---|---|
| PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE |

BP 118/70   HR 68   R 12   T 97.8   SAT 98
Wt: 138

### SECTION II: TO BE COMPLETED BY HEALTHCARE PERSONNEL

Healthcare Encounter Documented in EPHR
Comments:
Headache - request
excedrine migraine

PROVIDER: [signature]
DATE/TIME: 1/10/19

SICK CALL REQUEST / ENCOUNTER       ·E·  ·U·  ·R·
FORM FORWARDED TO:
[] DENTAL
[] MENTAL HEALTH       DATE / TIME SENT       DATE / TIME RECEIVED
[] MEDICAL RECORDS
[] OTHER (Specify):_____

SIGNATURE       SIGNATURE

RESPONSE TO INMATE/DETAINEE:
DPSCS Form OTS 130-114-1

EXHIBIT 3       005

# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES
## SICK CALL REQUEST/ENCOUNTER FORM

**MEDICAL TRIAGE** · E · U · R ·

Bowen — SIGNATURE 1/9/19 DATE/TIME

**DIRECTIONS:**
Section I to be completed by Inmate/Detainee.
Section II to be completed by Healthcare Staff.

Inmate must state specific reason for requesting Medical/Dental/Mental Health services.

VERIFICATION SIGNATURE (DATE REC'D)

### SECTION 1: TO BE COMPLETED BY INMATE/DETAINEE

Name: Yahyi Shaheed    DOC/SID# 455399    Cell#: 1-C-55   Facility: NBCI-I

Allergies: Unknown    Date: 1/8/19

### SICK CALL RELATED ISSUES

State your problem. / How can we help you? (Please be specific):    [ ] Medication not Received

My body keeps getting stiff daily. My wrist keeps cracking as well. I need to see a provider asap. Also I need to see the doctor to relieve different meds. These meds are no good to me. Thanks and see me soon.

A. Where does it hurt? All Over
B. When did it start? Some Time Ago
C. Has it happened before? Yes    How often? each day

### NON – SICK CALL RELATED ISSUES

[ ] Medical Records Request    [✓] Other (Specify below)
[ ] Medication Refill
[ ] Eye Glass Repair Request    Need to see Doctor Peterson about
[ ] Work Clearance Request    my medical conditions asap!
[ ] Dental Exam/Filling/Denture Request

PLACE MED REFILL STICKER HERE (×8)

### SECTION II: TO BE COMPLETED BY HEALTHCARE PERSONNEL

Healthcare Encounter Documented in EPHR
Comments: See Eph

PROVIDER: [signature]
DATE/TIME: 1/10/19

SICK CALL REQUEST / ENCOUNTER FORM FORWARDED TO:
[ ] DENTAL
[ ] MENTAL HEALTH
[ ] MEDICAL RECORDS
[ ] OTHER (Specify): _____

· E · U · R ·

DATE / TIME SENT    DATE / TIME RECEIVED

SIGNATURE    SIGNATURE

RESPONSE TO INMATE/DETAINEE:

DPSCS Form OTS 130-114-1

EXHIBIT 3    006

# SICK CALL REQUEST/ENCOUNTER FORM

"Emergency"

**DIRECTIONS:**
- Section I to be completed by Inmate/Detainee.
- Section II to be completed by Healthcare Staff.

Inmate must state specific reason for requesting Medical/Dental/Mental Health services.

RECEIVED JAN 06 2019

| MEDICAL TRIAGE | ·E· ·U· ·R· |
|---|---|
| PONRN | 1/6/19  RN |
| SIGNATURE | DATE/TIME |

VERIFICATION SIGNATURE (DATE REC'D)

## SECTION 1: TO BE COMPLETED BY INMATE/DETAINEE

Name: Yahyi Shiheed   DOC/SID# 455399   Cell#: 1-C-55   Facility: NBCI

Allergies: None   Date: 1/6/19

### SICK CALL RELATED ISSUES

State your problem. / How can we help you? (Please be specific):   [] Medication not Received

My legs are breaking out with itchy burning and sores. I believe it's hot shingles which I had in 2016. I believe that the shingles has returned. I need to be treated and seen ASAP. Thanks. This is an Emergency. I need to see the provider.

A. Where does it hurt? Both legs.
B. When did it start? Approx 1-2 weeks ago.
C. Has it happened before? Yes   How often? a couple years ago.

### NON – SICK CALL RELATED ISSUES

[] Medical Records Request   [] Other (Specify below)
[] Medication Refill
[] Eye Glass Repair Request   R hand pins (pain)
[] Work Clearance Request
[] Dental Exam/Filling/Denture Request   eyes blurry at times

L+t Less linear small pustules, itch

worse during days than in nights

Hydro cortizone

| PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE |
|---|---|---|---|
| PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE |

## SECTION II: TO BE COMPLETED BY HEALTHCARE PERSONNEL

Healthcare Encounter Documented in EPHR
Comments:

PROVIDER: [signature]
DATE/TIME: 1/9/19  0 pod

SICK CALL REQUEST / ENCOUNTER FORM FORWARDED TO:
[] DENTAL
[] MENTAL HEALTH
[] MEDICAL RECORDS
[] OTHER (Specify): _____

·E· ·U· ·R·

DATE / TIME SENT   DATE / TIME RECEIVED

SIGNATURE   SIGNATURE

RESPONSE TO INMATE/DETAINEE:

DPSCS Form OTS 130-114-1

EXHIBIT 3   007

**OFFICE OF INMATE HEALTH SERVICES**

**SITE:** NBCI
**COMPLETED BY:** Robin L. Shively, RN   01/04/2019 10:00 AM

**PATIENT:** YAHYI SHIHEED
**DATE OF BIRTH:**
**DATE:** January 04, 2019
**VISIT TYPE:** Segregation Documentation

**Reason(s) for visit**
1. seg rounds

-

**Nursing Comments**
during seg rounds HU#1 inmate states he needs his Elavil refilled. inmate was referred to provider on 12-29-18

**Height and Weight**

**Vitals**

**Allergies**
| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Nka | | |

**Document generated by:** Robin L. Shively, RN   01/04/2019 10:03 AM

EXHIBIT 3                                                                 008

**SITE:** NBC
**COMPLETED BY:** Michael Klepitch, RN   01/09/2019 1:59 PM
**Patient Name:** YAHYI SHIHEED
**IDOC#:** 455399
**DOB:**

**Patient presenting with chief complaint(s)of: right hand pain, rash.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow |
|---|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | 2:01 PM | 97.3 | 72 | | 12 | | 124/64 | 99 | |

**MISCELLANEOUS AND OTHER COMPLAINTS**

**Subjective:**
Date of Onset: 01/09/2019.
Associated symptoms: Hand pain from pins, rash on lower legs

**Objective:**
Physical Examination Findings
Alert and oriented X3, color good, skin warm and dry. C/O hand pain from ORIF. Lower legs on calfs linear type pustules scrated open different stages of healing. IC nurse down to see, no scabies.

**Assessment:**
Alt in skin integrity R/T rash.

**Plan:** Hydrocorisone 1% ordered.
**MEDICATIONS**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Hydrocortisone | 1 % | topical BID | 01/09/2019 | 02/09/2019 |
| Prozac | 20 Mg | 1 PO HS | 12/20/2018 | 04/20/2019 |
| Muscle Rub | 15 %-10 % | apply BID PRN | 10/23/2018 | 01/23/2019 |
| Tylenol | 325 Mg | 2 PO BID PRN | 10/23/2018 | 01/23/2019 |

**ORDERS**

SHIHEED , YAHYI   1 / 2

EXHIBIT 3   009

| Status | Order | Timeframe |
|---|---|---|
| completed | Referred to provider - evaluate and treat pain | ASAP |
| completed | Medication allergies and other contraindications reviewed and pregnancy ruled out prior to treatmen | |
| completed | (Miscellaneous) Patient education provided. Patient voiced understanding. | ASAP |
| completed | Sick call if signs and symptoms of infection develop or symptoms do not subside | |

**Provider: Holly Pierce, NP**
**Document generated by: Michael Klepitch, RN 01/09/2019 2:09 PM**

**OFFICE OF INMATE HEALTH SERVICES**

**SITE:** NBCI
**COMPLETED BY:** Dennis Martin, RN 01/10/2019 9:03 AM

---

**PATIENT:** YAHYI SHIHEED
**DATE OF BIRTH:**
**DATE:** 01/10/2019 9:03 AM
**VISIT TYPE:** Nurse Sick Call - Scheduled

---

**Reason(s) for visit**
1. headaches

**Chronic Problems**
EPISODIC MOOD DISORD NOS
Injury NOS, shoulder/upper arm

**Allergies:**
| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Nka | | |

The patient is a tobacco user.

**Vital Signs**

| Time | Ht Ft | Ht In | HeightMethod | Wt Lb | Wt Kg | Weight Context | BMI |
|---|---|---|---|---|---|---|---|
| 9:04 AM | | | | 138.0 | | | |

| Time | Temp | Route | BP | Position | Site | Method | Cuff | Pulse | Pattern |
|---|---|---|---|---|---|---|---|---|---|
| 9:04 AM | 97.8 | | 118/70 | sitting | | | | 68 | |

| Time | Resp | PulseOx | PulseOxAmb | Timing | PeakFlow | Timing | Method |
|---|---|---|---|---|---|---|---|
| 9:04 AM | 12 | 98 | | | | | |

**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Excedrin Migraine | 250 Mg-250 Mg-65 Mg | | 1 PO BID PRN | 01/10/2019 02/10/2019 |
| Hydrocortisone | 1 % | topical BID | 01/09/2019 | 02/09/2019 |
| Prozac | 20 Mg | 1 PO HS | 12/20/2018 | 04/20/2019 |
| Muscle Rub | 15 %-10 % | apply BID PRN | 10/23/2018 | 01/23/2019 |
| Tylenol | 325 Mg | 2 PO BID PRN | 10/23/2018 | 01/23/2019 |

**Provider:** Asresahegn Getachew, MD

**Document generated by:** Dennis Martin, RN 01/10/2019 9:05 AM

---

2392525 SHIHEED, YAHYI   EXHIBIT 3   011

**SITE:** NBCI
**COMPLETED BY:** Kimberlie S. Ventura, RN   01/19/2019 5:09 PM
**Patient Name:** YAHYI SHIHEED
**IDOC#:** 455399
**DOB:** ███

---

Patient presenting with chief complaint(s) of: assessment after pepper spray this morning..

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow |
|---|---|---|---|---|---|---|---|---|---|
| 01/19/2019 | 1610 | 97.7 | 62 | regular | 18 | | 124/82 | 97 | |

**MISCELLANEOUS AND OTHER COMPLAINTS**

**Subjective:**
Date of Onset: 01/19/2019.
Associated symptoms: "I wanted to have you check me out. I was pepper sprayed this morning around noon and not it's several hours later. I haven't seen anybody and wanted to make sure I was going to be alright. I told the officers at the change of shift that I hadn't been assessed by medical yet and I need to see one of them."

Result of injury? No.

**Objective:**
Physical Examination Findings
Alert and oriented times 3 with no complaints of pain voiced. He was brought into the exam room by Officer Clark to have this nurse assess him. Inmate stated that he wasn't having any burning in his eyes or anywhere else over his body. He did state that he was pepper sprayed after an incident that happened at noon by the officers, but he never did get pepper spray in his eyes or other body areas, but he did have pepper spray on his clothes. He still has a white powder substance on his clothes. He is breathing within normal limits and is in no distress. He is able to answer questions appropriately, but does appear to be somewhat anxious. There is no areas on his face, neck, or lower arms that have any skin irritation. He is cooperative and pleasant with the assessment.

**Assessment:**
Alteration in comfort related to being pepper sprayed this morning.

**Plan:** To have inmate taken to have a shower by the officer in charge and to have his clothes washed of the residue from the pepper spray, which the inmate is clearly wanting to do. Encouraged inmate to fill out a sick call form if he has any further problems and needs to be seen by medical staff or the provider.

**MEDICATIONS**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Excedrin Migraine | 250 Mg-250 Mg-65 Mg | 1 PO BID PRN | 01/10/2019 | 02/10/2019 |
| Hydrocortisone | 1 % | topical BID | 01/09/2019 | 02/09/2019 |
| Prozac | 20 Mg | 1 PO HS | 12/20/2018 | 04/20/2019 |
| Muscle Rub | 15 %-10 % | apply BID PRN | 10/23/2018 | 01/23/2019 |
| Tylenol | 325 Mg | 2 PO BID PRN | 10/23/2018 | 01/23/2019 |

**ORDERS**

SHIHEED, YAHYI   ███   1 / 2

EXHIBIT 3                                                012

| Status | Order | Timeframe | Date |
|---|---|---|---|
| completed | shower and have clothes washed | | 01/19/2019 |
| completed | Patient was reassured | | 01/19/2019 |
| completed | Sick call if signs and symptoms of infection develop or symptoms do not subside | | |
| completed | Reviewed medications | | 01/19/2019 |
| completed | (Miscellaneous) Patient education provided. Patient voiced understanding. | | |
| completed | Medication allergies and other contraindications reviewed and pregnancy ruled out prior to treatmen | | |
| completed | Patient education provided and patient voiced understanding | | 01/19/2019 |
| completed | Discussed risk/ benefits/ side effects of treatment | | 01/19/2019 |
| completed | Continue current medication | | 01/19/2019 |
| completed | Increase fluid intake | | 01/19/2019 |

**Provider: Asresahegn Getachew, MD**
**Document generated by: Kimberlie S. Ventura, RN 01/19/2019 8:06 PM**