IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YAHYI ABDUL SHIHEED, #455-399   *

    Plaintiff,   *

v.   *   Civil No. GLR-19-579

B. OPEL, *et al.*   *

    Defendant.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION**

I, Justin Broadwater, being over eighteen (18) years of age and competent to testify, hereby declare on my personal knowledge as follows:

1. I am a Correctional Officer, CO II, employed by the Maryland Department of Public Safety and Correctional Services (DPSCS) and assigned to the North Branch Correctional Institution (NBCI) in Cumberland, MD.

2. I am familiar with the allegations made by Plaintiff in the above captioned case.

3. When I arrived at the location of Plaintiff's cell C-55, Plaintiff did not state anything about having chest pains. He did not utter anything about having chest pains during the entire time I waited at the area for Defendant Marchinke to return with a water shutoff valve handle.

4. At no time did I or any other officer ask for an ink pen tube as alleged nor did I ever provide one or see one.

5. I can be seen in the video footage at 12:24:40 walking behind Defendant Marchinke as we arrive at the pipe chase area, along with Defendant Harding walking behind me.

EXHIBIT 5     001

6. While waiting at the pipe chase access area for Defendant Marchinke to return with the shutoff valve handle, I can be seen in the video reaching into the pipe chase access area at 12:26:10. I was only inspecting the pipe chase area and verifying where the shutoff valve was located. I was not aware then that the drill hole in the C-55 sink could be accessed from the pipe chase area. At no time did I ever spray pepper spray into cell C-55 from the pipe chase access area as alleged.

7. With one exception, the responses I provided to the IID investigator on February 28, 2019 as summarized in his IID report of my involvement in the incident are true and accurate. The IID report states that I arrived at the pipe chase access panel and opened the panel door and that Defendant Marchinke went to get a water valve handle. In actuality I arrived just after Defendant Marchinke had opened the pipe chase access panel.

8. I was not requested to provide a statement for a Use of Force investigation because no UOF investigation was necessary since no pepper spray or any other use of force occurred as alleged. I was not involved in any conspiracy or cover-up because no pepper spray incident occurred.

I have read the above statements and hereby declare under the penalty of perjury that they are true and correct.

DATED: ___/___/19            _____
                             Justin Broadwater CO II

EXHIBIT 5                                            002