IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YAHYI ABDUL SHIHEED, #455-399  *

    Plaintiff,  *

v.  *  Civil No. GLR-19-579

B. OPEL, *et al.*  *

    Defendant.  *

\* * * * * * * * * * * * *

## DECLARATION

I, Jenifer Harding, being over eighteen (18) years of age and competent to testify, hereby declare on my personal knowledge as follows:

1. I am a Correctional Officer, CO II, employed by the Maryland Department of Public Safety and Correctional Services (DPSCS) and assigned to the North Branch Correctional Institution (NBCI) in Cumberland, MD.

2. I am familiar with the allegations made by Plaintiff in the above captioned case.

3. I responded to the pipe chase area near Plaintiff's cell after hearing a radio call that a cell was being flooded on that tier. When I arrived Plaintiff did not state he had any chest pains or ask for medical attention. He never stated anything about chest pains or needing medical attention during the entire time I was at the pipe chase access area waiting for Defendant Marchinke to return with a water shutoff valve handle.

4. At no time did I or any other officer ask for an ink pen tube nor was one ever present as alleged. No pen tube was used to spray pepper spray through a hole in the cell wall from the pipe chase area. I did not observe either Defendant Marchinke or Defendant Broadwater deploy pepper spray in the pipe chase area or even unholster pepper spray

EXHIBIT 6                                                                                                   001

from their utility belt. I am very sensitive to pepper spray and I did not detect the presence of either the citrus odor of pepper spray or its orange color while at that location and I definitely was not choking from pepper spray as alleged nor did I observe any other inmates housed there choking from pepper spray. Once the flooded tier matter was resolved I returned to my regular duties for the remainder of my shift.

5. I appear in the video footage at 12:24:50 arriving at the pipe chase access panel after Defendants Marchinke and Broadwater. I remained there while Defendant Marchinke left to get a water valve shutoff handle. I did not enter into the pipe chase access area at any time.

6. I was not requested to provide a statement for a Use of Force investigation because no UOF investigation was necessary since no pepper spray or any other use of force occurred as alleged. I was not involved in any conspiracy or cover-up because no pepper spray incident occurred.

7. The responses I provided to the IID investigator on February 28, 2019 as summarized in his IID report of my involvement in the incident are true and accurate.

I have read the above statements and hereby declare under the penalty of perjury that they are true and correct.

DATED: 6/14/19

Jenifer Harding CO II

EXHIBIT 6                                                                                  002