IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YAHYI ABDUL SHIHEED, #455-399      *

    Plaintiff,      *

v.      *   Civil No. GLR-19-579

B. OPEL, *et al.*      *

    Defendant.      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION**

I, Brandon Opel, being over eighteen (18) years of age and competent to testify, hereby declare on my personal knowledge as follows:

1. I am a Correctional Officer, CO II, employed by the Maryland Department of Public Safety and Correctional Services (DPSCS) and assigned to the North Branch Correctional Institution (NBCI) in Cumberland, MD.

2. I am familiar with the allegations made by Plaintiff in the above captioned case.

3. I was only in the vicinity on the 1st floor housing unit lobby area near Plaintiff' second floor cell when I had noticed water had flooded down from the 2nd floor to the first floor of the housing unit tiers. I was never actually present at the 2nd floor pipe chase access area near Plaintiff's cell during the time Defendants Marchinke, Broadwater and Harding were in the process of turning off the water to the cell to stop the flooding. I never heard Plaintiff say anything about having chest pains.

4. I made no threats towards Plaintiff as alleged. I never saw anyone with a pen tube or asking about a pen tube as alleged. I never saw anyone deploy pepper spray as alleged.

EXHIBIT 8      001

5. I was not choking from pepper spray as alleged nor did I observe any officers or any other inmates housed there choking from pepper spray.

6. I never observed Plaintiff coughing or choking in his cell while the flooded tier problem was being dealt with as he alleged because no pepper spray had been deployed.

7. I appear in the video footage at 12:26:40 walking from the lobby area of the housing unit on the 1st floor towards Defendants Broadwater, Harding and the third officer who were waiting at the 2nd floor pipe chase access area for Defendant Marchinke to return with a water shutoff valve handle.

8. I can also be seen in the video footage at 12:29:40 accompanying Defendant Rounds to the pipe chase access area so he could shut off the sink water line to cell C-55. I did not hear Plaintiff state that he had any chest pains or that he complained of being pepper sprayed.

9. I was not requested to provide a statement for a Use of Force investigation because no UOF investigation was necessary since no pepper spray or any other use of force occurred as alleged. There was no conspiracy or cover-up as alleged because aside from the flooded tier problem that was addressed, nothing else occurred.

10. The responses I provided to the IID investigator on February 28, 2019 as summarized in his IID report of my involvement in the incident are true and accurate.

I have read the above statements and hereby declare under the penalty of perjury that they are true and correct.

DATED: 6 /14 /19        _Brandon Opel CO II_

EXHIBIT 8                         002