IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YAHYI ABDUL SHIHEED,                      *

   Plaintiff,                            *

v.                                        *      Civil Action No. GLR-19-579

B. OPEL, et al.,                          *

   Defendants.                           *
                                              ***

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 13th day of March, 2020, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk shall AMEND the docket to reflect the correct spelling of the names of Defendants Brandon Opel, Dean Rounds, Sr., Timothy Marchinke, Jenifer Harding, and Justin Broadwater;

2. Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 10), construed as a motion for summary judgment, is DENIED;

3. Plaintiff Yahyi Abdul Shiheed's first Motion to Amend (ECF No. 14) is GRANTED;

4. Shiheed's second Motion to Amend (ECF No. 16) is DENIED AS MOOT;

5. Shiheed's Supplemental Complaint (ECF No. 17) is VACATED;

6. Shiheed's Motion for Requested Order (ECF No. 18) is DENIED WITHOUT PREJUDICE;

7. Shiheed may FILE a motion to appoint counsel within twenty-eight (28) days of the date of this Order; and

8. The Clerk shall PROVIDE a copy of this Order and the foregoing Memorandum Opinion to counsel for Defendants and to Shiheed at his address of record.

_____/s/_____
George L. Russell, III
United States District Judge