pg #1

In The United States District Court
For The District of Maryland

Yahyi Shiheed #455399
   Plaintiff,

V.                                    Case No. GLR-19-579

B. Opel, et al
   Defendants.

Since August 2020 l plaintiff has be waiting For a new appointed Counsel from the Bar Association Probono attorney to represent Me in the above Case.

More then 3 months has past and plaintiff would like to know the status report of this above Case. Due to Covid 19 Pendemic plaintiff has been patient but wheather he wanted to know if this Case May've been Forgotten.

Wherefore Plaintiff Respectfully ask the Courts to Respond of this legal Matter in a later date.

Dated: 12/1/20                Respectfully Submitted
                              Yahyi Shiheed #455399 #392525
                              NBCI 14100 Mcmullen Hwy
                              SW Cumberland Md 21502
                              Plaintiff