**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

YAHYI ABDUL SHIHEED, #455-399     *

        Plaintiff,       *

    v.                      *      Civil No.  GLR-19-579
                                Consolidated with GLR-19-2963

B. OPEL, *et al.*           *

        Defendant.     *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>MOTION FOR EXTENSION OF TIME</u>

Defendants, Correctional Officers Justin Broadwater, Brandon Opel, Jenifer Harding, Dean Rounds, Sr. and Timothy Marchinke, by their attorneys, Brian E. Frosh, Attorney General of Maryland, and David W. Ryden, Assistant Attorney General, move pursuant to Fed.R.Civ.P. 6(b)(1)(A), for an extension of time to answer the complaint filed in the above captioned matter for the following reasons:

1.     On March 24, 2020 this Court issued an Order (ECF No. 22) that Defendants file an answer sixty days from March 30, 2020 or from time as any counsel appointed to Plaintiff accepts such appointment.

2.     On November 2, 2020 this Court appointed James Bragdon, Esq. to represent Plaintiff (ECF No. 32) and on November 30, 2020 his entry of appearance was made (ECF No. 33).

3.     Undersigned has conferred with Mr. Bragdon prior to the date of this filing and it is anticipated that an amended complaint will be filed in this case. Mr. Bragdon consents to this motion.

4.     Defendants request that this Court order that they be given a sixty-day period to file

an answer from the date an amended complaint is filed or upon further order of this Court.

5. This additional time will allow the Defendants sufficient time to prepare a response to the Plaintiff's Complaint and any amendments thereto.

6. This Motion is not made for purposes of delay.

**WHEREFORE,** it is respectfully request at that this Court grant leave for Defendants, Correctional Officers Justin Broadwater, Brandon Opel, Jenifer Harding, Dean Rounds, Sr. and Timothy Marchinke, to file an answer in this action sixty-days from the date an amended complaint is filed or upon further order of this Court.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

_____/s/_____
DAVID W. RYDEN
Assistant Attorney General
Federal Bar No. 21204

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6598 (Telephone)
(410) 576-6880 (Telefax)
E-mail: drydenr@oag.state.md.us

Attorneys for Defendant**s**

Filed:   January 29, 2021